ERIC B. KINGSLEY, State Bar No. 185123
eric@kingsleykingsley.com
KELSEY PETERSON-MORE, State Bar No. 260264
kelsey@kingsleykingsley.com
KINGSLEY & KINGSLEY, APC
16133 Ventura Boulevard, Suite 1200
Encino, California 91436
Telephone: (818) 990-8300
Fax: (818) 990-2903

Attorneys for Plaintiff MARK ZELLER

BRUCE E. COPELAND, State Bar No. 124888
bcopeland@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

Attorneys for Defendants CONSTELLATION BRANDS, INC. and CONSTELLATION WINES U.S., INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOAN WARREN, on behalf of herself and others similarly situated,

Plaintiff,

vs.

E& J Gallo Winery, and DOES 1 to 50, inclusive,

Defendants.

Case No. C-10-1003 SC
Formerly Case No. 3:11-cv-02138 MEJ

CLASS ACTION

MARK ZELLER, on behalf of himself and others similarly situated,

Plaintiff,

vs.

CONSTELLATION BRANDS, INC.; CONSTELLATION WINES U.S., INC.; SICA CAVE DU SIEUR D'ARQUES; AIMERY SIEUR D'ARQUES; VIGNERON DU SIEUR D'ARQUES; DOMAINE ET VIGNOBLE DU SUD; formerly known as Société Ducasse; and DOES 1 to 50, inclusive,

Defendants.

STIPULATION OF DISMISSAL OF ACTION

IT IS HEREBY STIPULATED by and between Plaintiff Mark Zeller and Defendants Constellation Brands, Inc. and Constellation Wines U.S., Inc., being all the parties that have been served in the action entitled *Mark Zeller, on behalf of himself and others similarly situated v. Constellation Brands, Inc.; Constellation Wines U.S., Inc., SICA Cave Du Sieur D'Arques; Aimery Sieur D'Arques; Vigneron Du Sieur D'Arques; Domaine et Vignoble Du Sud, formerly known as Société Ducasse; and Does 1 to 50, inclusive* (formerly Case No. CV 10-8601 CAS in the United States District Court for the Central District of California before its transfer to this District and Case No. 3:11-cv-02138 MEJ immediately following its transfer to this District), that such action, and the complaint and all claims in such action, are hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: June 1, 2011

KINGSLEY & KINGSLEY, APC

By: */s/ Kelsey Peterson-More*
Eric B. Kingsley
Kelsey Peterson-More
16133 Ventura Boulevard, Suite 1200
Encino, California 91436
Telephone: (818) 990-8300
Fax: (818) 990-2903
eric@kingsleykingsley.com
kelsey@kingsleykingsley.com

Attorneys for Plaintiff
MARK ZELLER

Dated: June 1, 2011

NIXON PEABODY LLP

By: */s/ Bruce E. Copeland*
Bruce E. Copeland
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300
bcopeland@nixonpeabody.com

Attorneys for Defendants
CONSTELLATION BRANDS, INC. and
CONSTELLATION WINES U.S., INC.

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Samuel Conti
NORTHERN DISTRICT OF CALIFORNIA

ATTESTATION OF CONCURRENCE

I hereby attest that concurrence in the filing of this document has been obtained from Kelsey Peterson-More.

By: *_/s/ Bruce E. Copeland_*
Bruce E. Copeland

-3-

STIPULATION OF DISMISSAL
CASE NO. C-10-1003 SC