ORIGINAL

FAX

1  BRUCE E. COPELAND, State Bar No. 124888
   bcopeland@nixonpeabody.com
2  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
3  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
4  Fax: (415) 984-8300

5  CHRISTOPHER M. MASON
   cmason@nixonpeabody.com
6  NIXON PEABODY LLP
   437 Madison Avenue
7  New York, New York 10022
   Telephone: (212) 940-3000
8  Fax: (866) 947-2229
   Application for *Pro Hac Vice* Admission Pending
9
   Attorneys for Defendants
10 CONSTELLATION BRANDS, INC. and
   CONSTELLATION WINES U.S., INC.
11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 | MARK ZELLER, on behalf of himself and others       | Case No. 3:11-cv-02138 ~~MEJ~~  SC
   | similarly situated,                                |
16 |                                                    | CLASS ACTION
17 |                        Plaintiffs,                 | [~~PROPOSED~~] ORDER GRANTING
   |                                                    | APPLICATION FOR ADMISSION OF
18 | vs.                                                | CHRISTOPHER M. MASON *PRO HAC VICE*
19 | CONSTELLATION BRANDS, INC.;                        |
   | CONSTELLATION WINES U.S., INC.; SICA               |
20 | CAVE DU SIEUR D'ARQUES; AIMERY                     |
   | SIEUR D'ARQUES; VIGNERON DU SIEUR                  |
21 | D'ARQUES; DOMAINE ET VIGNOBLE DU                   |
   | SUD; formerly known as Societe Ducasse; and        |
22 | DOES 1 to 50, inclusive,                           |
23 |                        Defendants.                 |

24

25     Christopher M. Mason, whose business address and telephone number is Nixon Peabody

26 LLP, 437 Madison Avenue, New York, New York 10022, (212) 940-3000, and who is an active

27 member in good standing of the bars of the highest courts of the State of New York and the District

28 of Columbia, the United States District Courts for the Southern, Eastern, Northern, and Western

1 | Districts of New York and the District of Columbia, the United States Courts of Appeals for the
2 | Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, and District of Columbia Circuits, and
3 | the Supreme Court of the United States, having applied in the above-entitled action for admission to
4 | practice in the Northern District of California on a *pro hac vice* basis, representing Constellation
5 | Brands, Inc. and Constellation Wines U.S., Inc.;

6 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7 | conditions of Civil L. R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
8 | *vice*. Service of papers upon and communication with co-counsel designated in the application will
9 | constitute notice to the party. All future filings in this action are subject to the requirements
10 | contained in General Order No. 45, Electronic Case Filing.

12 | DATED: 6/2/11

Judge of the U.S.



IT IS SO ORDERED
Judge Samuel Conti

-2-

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF CHRISTOPHER M. MASON *PRO HAC VICE*
CASE NO. 3:11-CV-02138 MEJ

**PROOF OF SERVICE**

**CASE NAME: Zeller v. Constellation, et al.**
**COURT:    U.S. District Court N.D. CA Case No. 3:11-cv-02138 MEJ**

I, the undersigned, certify that I am employed in the City and County of San Francisco, CA; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, 18th Floor, San Francisco, CA 94111-3600. On this date, I served the following document(s):

**[Proposed] Order Granting Application for Admission of Christopher M. Mason *Pro Hac Vice***

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

 X : By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in S.F., CA, for mailing to the office of the addressee following ordinary business practices.

___: By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

___: By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, CA, to be hand delivered to the office of the addressee on the next business day.

___: By Facsimile — From facsimile number 415-984-8300 at approximately 12:04 PM, I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

Addressee(s)

**See Service List Of Attorneys Of Record Attached**

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 18, 2011, at San Francisco, California.

_____
John Zic

Service List – Attorneys of Record
Zeller v. Constellation Brands, et al.
USDC N.D. CA Case No. 3:11-cv-02138 MEJ

| Eric B. Kingsley, Esq.<br>Brian Levine, Esq.<br>Kelsey Peterson-More, Esq.<br>KINGSLEY & KINGSLEY, APC<br>16133 Ventura Boulevard, Suite 1200<br>Encino, CA 91436 | Attorneys for Plaintiffs<br><br>Tel: 818-990-8300<br>Fax 818-990-2903<br>Emails: eric@kingsleykingsley.com;<br>blevine@kingsleykingsley.com;<br>kelsey@kingsleykingsley.com |
|---|---|
| Michael A. Caddell, Esq.<br>Cynthia B. Chapman, Esq.<br>Cory S. Fein, Esq.<br>CADDELL & CHAPMAN<br>1331 Lamar, Suite 1070<br>Houston, TX 77010 | Attorneys for Plaintiffs<br><br>Tel: 713-751-0400<br>Fax: 713-751-0906<br>Emails: mac@caddellchapman.com;<br>cbc@caddellchapman.com;<br>csf@caddellchapman.com |